[No. 37780-9-I.    Division One.    April 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY
WILLIAM HARDY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02597-4, Richard A. Jones, J., entered
November 20, 1995. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Becker, J., and Allendoerfer,
J. Pro Tem.

[No. 37825-2-I.    Division One.    April 7, 1997.]

RICHARD C. McDOWELL, *Appellant*, v. METLIFE
CAPITAL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-07078-9, Sharon S. Armstrong, J., entered
December 2, 1994. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Baker, C.J., and Coleman, J.

[No. 38243-8-I.    Division One.    April 7, 1997.]

DAVID SCHAIBLE, *Appellant*, v. PIKE PLACE MARKET
PRESERVATION AND DEVELOPMENT AUTHORITY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-17523-6, Richard D. Eadie, J., entered
February 2, 1996. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Coleman and Becker, JJ.

[No. 38332-9-I.    Division One.    April 7, 1997.]

TONG BA DANG, ET AL., *Appellants*, v. RELIANCE
INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-11799-0, Richard D. Eadie, J., entered
February 9, 1996. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Cox and Ellington, JJ.